|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MARTIN J. CORTES,<br><br>Plaintiff,<br><br>vs.<br><br>J.P.MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:17-cv-01562-LJO-EPG<br><br>ORDER DIRECTING PLAINTIFF TO FILE A CHANGE OF ADDRESS<br><br>ORDER DIRECTING CLERK TO MAIL DOCKET ENTRIES TO PLAINTIFF<br><br>ORDER DIRECTING DEFENDANT TO RE-SERVE MOTION TO DISMISS |

Plaintiff Martin J. Cortes, appearing *pro se*, filed a Complaint in Stanislaus County Superior Court against Defendant J.P.Morgan Chase Bank, N.A. ("Chase"), which has removed the case to this Court. (ECF No. 1). This case was removed to this Court while Plaintiff was incarcerated at San Quentin State Prison ("San Quentin"). (ECF No. 1, p. 2 ¶ 5.)

On November 21, 2017, the Court issued an Order *inter alia* setting an initial scheduling conference before the undersigned judge on January 23, 2018 at 10:00 a.m. (ECF No. 3.) The initial scheduling conference was subsequently continued to March 14, 2018 at 10:00 a.m. (ECF No. 6.) On November 28, 2017, Chase filed a motion to dismiss and noticed the motion for hearing on January 17, 2018 at 8:30 a.m. before Chief U.S. District Judge Lawrence J. O'Neill. (ECF No. 5.)

On December 13, 2017, the Court received notice that its November 21, 2017 Order was returned as undeliverable because Plaintiff was discharged from San Quentin State Prison. On December 19, 2017, Chase filed a "notice of change of address" indicating that Plaintiff now resided in Modesto, California. (ECF No. 8.)

A *pro se* plaintiff must keep the Court and opposing parties informed of the party's correct current address. Local Rule 182(f).

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to serve Plaintiff with a copy of this Order and a copy of the docket entries at ECF No. 3 ("Civil New Case Documents Issued") and

1

ECF No. 6 ("Minute Order") at the following address:[1]

2844 Levon Avenue, Unit A, Modesto, CA 95350

2. If it has not already done so, Chase shall immediately serve a copy of its motion to dismiss upon Plaintiff at his Modesto address;

3. Plaintiff is directed to file a notice of change of address within 14 days of receipt of this Order;

4. If appropriate, Plaintiff may file a motion requesting a continuance as to any deadlines or hearings previously set in this case; and

5. Failure to file a notice of change of address may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated: **December 26, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court need not update the docket with the new address until Plaintiff files the appropriate notice of change of address.