UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN J. CORTES,** <br><br> Plaintiff, <br><br> v. <br><br> **JP MORGAN CHASE BANK, N.A.,** <br><br> Defendant. | 1:17-cv-01562-LJO-EPG <br><br> **SCHEDULING ORDER RE: PENDING MOTION TO DISMISS** <br><br> **ECF No. 5** |

Plaintiff Martin J. Cortes, proceeding pro se, brings this action against Defendant JP Morgan Chase Bank, N.A. ECF No. 1. On November 28, 2017, Defendant filed a motion to dismiss this action, setting the hearing date for January 17, 2018. ECF No. 5. Based on the local rules, Plaintiff's opposition to Defendant's motion was due on or before January 3, 2018. Local Rule 230(c). On January 17, 2018, Plaintiff filed a notice of change of address. ECF No. 13. To date, Plaintiff has not filed any response to Defendant's motion. Because there has been some confusion regarding Plaintiff's address, the Court issues this order in an abundance of caution to permit him **ten (10)** days to respond to Defendant's motion to dismiss. Plaintiff shall have until **on or before Friday, February 23, 2018** to file any such response. If no opposition is filed on or before that date, the Court will rule on motion.

**IT IS SO ORDERED**

**Dated: February 13, 2018**            /s/ Lawrence J. O'Neill
                                                     **Lawrence J. O'Neill**
                                                     **Chief United States District Judge**

1