BRYANT S. DELGADILLO (CA Bar No. 208361
bryant.delgadillo@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
Parker Ibrahim & Berg LLP
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., (erroneously sued
as J.P. Morgan Chase Bank, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARTIN J. CORTES,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>J.P.MORGAN CHASE BANK, INC.,<br><br>　　　　Defendants. | **CASE NO.:** 1:17-CV-01562-LJO-EPG<br><br>**ORDER ON DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO ATTEND INITIAL SCHEDULING CONFERENCE BY TELEPHONE**<br><br>**DATE:** April 12, 2018<br>**TIME:** 9:30 a.m.<br>**CTRM:** 10 |

///

///

///

1

1       The Court, having reviewed Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") Motion to Attend the Initial Scheduling Conference ("Conference") by Telephone, and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** Defendant may appear telephonically at the Conference currently set to be heard on April 12, 2018 at 9:30 a.m., before the Honorable U.S. Magistrate Judge Erica P. Grosjean. The parties shall refer to the Court's November 21, 2017 Order for specific instructions regarding telephonic appearances. (ECF No. 3 at 2.)

IT IS SO ORDERED.

Dated:   **March 12, 2018**               /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE