**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTIN J. CORTES,** | 1:17-cv-01562-LJO-EPG |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| **JP MORGAN CHASE BANK, N.A.,** | |
| Defendant. | |

In light of Plaintiff's failure to file a timely amended complaint in compliance with the Court's March 7, 2018 order, ECF No. 16, the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: __**March 27, 2018**__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE

1